**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **CASE NO. 2:17cr338-MHT** |
| | ) | **(WO)** |
| TANYA LEE ENGLISH, | ) | |
| a/k/a TANYA LEE ROBERTS | ) | |

**FINAL ORDER OF FORFEITURE**

**WHEREAS**, on January 4, 2019, this court entered a preliminary order of forfeiture (doc. no. 63) ordering defendant to forfeit her interest in $2,346.00 seized on August 8, 2017, during the execution of a federal search warrant at defendant's residence in Tallassee, Alabama and a 2004 Chevrolet Avalanche, bearing vehicle identification number 3GNEC12T24G142482, and defendant consented to entry of a forfeiture money judgment in the amount of $119,550.51;

**WHEREAS**, on February 20, 2019, this court entered an amended preliminary order of forfeiture (doc. no. 92) ordering defendant to forfeit her interest in the above property as well as interest in a sports card collection; Barnett Quad 400 Crossbow, bearing serial number 399692, with cloth case; Bear hunting bow, no serial number, with seven arrows inside a hard plastic black case; Bear hunting bow, bearing serial number 2571344; and, Bear hunting bow, bearing serial number A-1433011, with cloth case;

**WHEREAS**, the United States published notices of this forfeiture on an official government internet site (www.forfeiture.gov) (doc. nos. 83, 113) notifying all third parties of their right to petition the court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property specified in the preliminary and amended orders of forfeiture;

**WHEREAS**, no person has filed a petition of interest within the required period; and,

**WHEREAS**, the court finds that defendant has an interest in the properties that is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and that the United States has established the requisite nexus between such property in the commission of the offenses in violation of 18 U.S.C. § 1343.

It is hereby **ORDERED** that the government's motion for a final order of forfeiture (doc. no. 114) is granted as follows:

1.  The following property is hereby forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c):

   (a) $2,346.00 seized on August 8, 2017, during the execution of a federal search warrant at defendant's residence in Tallassee, Alabama;

   (b) 2004 Chevrolet Avalanche, vin: 3GNEC12T24G142482;

   (c) Forfeiture money judgment in the amount of $119,550.51;

   (d) Sports card collection;

   (e) Barnett Quad 400 Crossbow, bearing serial number 399692, with cloth case;

   (f) Bear hunting bow, no serial number, with seven arrows inside a hard plastic black case;

   (g) Bear hunting bow, bearing serial number 2571344; and,

   (h) Bear hunting bow, bearing serial number A-1433011, with cloth case.

2.  All right, title, and interest to the property described above is hereby condemned, forfeited, and vested in the United States and shall be disposed of according to law.

3.  The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

4.  The clerk of the court shall forward a certified copy of this order to the United States Attorney's Office.

2

SO ORDERED, this the 11th day of April, 2019.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE