# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:17cr338-MHT |
| | ) | (WO) |
| TANYA LEE ENGLISH | ) | |
| a/k/a Tanya Lee Roberts | ) | |

## ORDER OF FORFEITURE FOR SUBSTITUTE ASSET
### (Miscellaneous Hunting Supplies)

**WHEREAS**, this cause comes before the court on the government's motion for an order of forfeiture for the following miscellaneous hunting supplies, as a substitute asset in partial satisfaction of the defendant's forfeiture money judgment: 34 Big Buck Down arrows; 10 Mutiny arrows; 12 Black Eagle arrows; 5 22" Crossbow arrows; deer scents, dryer sheets and soaps.

**WHEREAS**, being fully advised of the relevant facts, the court hereby finds that the government is entitled to forfeit the assets identified above as substitute assets in partial satisfaction of the $119,550.51 forfeiture money judgment against the defendant. Furthermore, the defendant does not oppose the motion.

Accordingly, it is **ORDERED, ADJUDGED and DECREED** that, for good cause shown, the government's motion (doc. no. 121) is granted and, pursuant to the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), and Rule 32.2(e)(1)(B) of the Federal Rules of Criminal Procedure, the substitute assets identified above are hereby forfeited to the United States for disposition according to law.

It is further **ORDERED** that the government shall credit the net proceeds toward the defendant's forfeiture money judgment.

The court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any substitute assets forfeited to the government up to the amount of the forfeiture money judgment.

DONE, this 20th day of November, 2019.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE