IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )      CRIMINAL ACTION NO.
    v.                      )          2:17cr338-MHT
                            )          2:18cr122-MHT
TANYA LEE ENGLISH           )              (WO)
```

ORDER

These two cases are before the court on defendant Tanya Lee English's second addendum (doc. no. 174 (in 17cr338), 167 (in 18cr122)) to her motion for compassionate release.  The addendum appears to show that she repeatedly informed medical staff and emailed the warden that she was suffering chest pains and upper arm pain--concerning signs of possible heart problems--but was not evaluated for such, and that the nursing staff overlooked or ignored that part of her request for assistance.

Accordingly, it is ORDERED that, in these two cases, the government shall, by December 22, 2020, provide evidence that defendant Tanya Lee English has been evaluated by a qualified medical provider for her

chest and upper arm pain, and if she has not received such an evaluation, shall explain why and when she will be evaluated by a qualified medical provider.

DONE, this the 15th day of December, 2020.

                                /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**