IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:17cr338-MHT
                            )        2:18cr122-MHT
                            )            (WO)
TANYA LEE ENGLISH           )
```

ORDER TERMINATING SUPERVISED RELEASE EARLY

These two cases are before the court on defendant Tanya Lee English's motion in each for early termination of supervised release. The supervising probation officer and the government have orally informed court staff that they do not oppose the motions. English has completed approximately 18 months of supervised release with no episodes of noncompliance. She has remained current on her restitution and monetary penalty payments. She has passed all drug screens, obtained two educational certificates, and received this court's approval to discontinue mandatory mental health-treatment after demonstrating stability and compliance. In short, English has made significant strides toward personal

rehabilitation and is well situated to avoid criminal involvement in the future. For all these reasons, the court finds that the motions for early termination in both cases should be granted.

Accordingly, it is ORDERED that the motions for early termination of supervised release (Doc. 222 in 2:17cr338 and Doc. 225 in 2:18cr122) are granted; defendant Tanya Lee English's supervised release is terminated in both cases; and defendant English is discharged in both cases.

DONE, this the 27th day of August, 2025.

                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE